Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sburke@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-04-03594 MEJ |
| Plaintiff, | Hon. Maria-Elena James |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JIMMY HUYNH; [PROPOSED] ORDER THEREON** |
| JIMMY HUYNH, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant JIMMY HUYNH ("Defendant").  This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

/ / /

/ / /

/ / /

/ / /

Defendant answered the Complaint on or about October 27, 2004. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

DATED: June 8, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By:   /s/ Suzanne M. Burke
Suzanne M. Burke
Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant JIMMY HUYNH filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant JIMMY HUYNH;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date.  The Clerk of Court shall close the file.

DATED:  June 9, 2005

/s/ Maria-Elena James
Honorable Maria-Elena James
United States District Court
Northern District of California